UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL KIM, as the co-debtor by the void judgment of the State Court and as an individual entitled to all proceeds of any sale of the subject property forced or otherwise,

    Plaintiff,

v.

Case No. 8:20-cv-02225-CEH-TGW

CATHERINE PEEK MCEWEN; WESTWATER CONSTRUCTION, INC.; MARK S. MILLER; HUNTER W. CARROLL; SHIRIN MOHAMMADBHOY VESELY; STEPHEN L. MEININGER; ERIC JACOBS; and STEPHANIE C. LIEB, inclusive,

    Defendants.
_____/

## WESTWATER CONSTRUCTION, INC., MARK S. MILLER, SHIRIN MOHAMMADBHOY VESELY, AND STEPHANIE C. LIEB'S NOTICE OF JOINDER IN STEPHEN L. MEININGER AND ERIC JACOBS' FIRST MOTION FOR EXTENSION OF TIME

Westwater Construction, Inc., Mark S. Miller, Shirin Mohammadbhoy Vesely, and Stephanie C. Lieb, hereby join in *Stephen L. Meininger and Eric L. Jacobs' First Motion for Extension of Time* (Doc. 20) (the "Motion") respectfully request that an order be entered (i) the granting the Motion; (ii) extending the time for Westwater Construction, Inc., Mr. Miller, Ms. Vesely, and Ms. Lieb to respond to the Complaint through and including November 16, 2020; (iii) extending the time for Westwater Construction, Inc., Mr. Miller, Ms. Vesely, and Ms. Lieb to respond to the Withdrawal Motion[1] through and including November 9, 2020; (iv) extending the time for Westwater Construction, Inc., Mr. Miller, Ms. Vesely, and Ms. Lieb to respond to

---
[1] Capitalized terms used herein not otherwise defined shall have the meaning ascribed to them in the Motion.

the Proposed Order to Show Cause through and including November 16, 2020; and (v) granting such other and further relief as the Court deems just and proper.

Dated: October 8, 2020

/s/ Stephanie C. Lieb
STEPHANIE C. LIEB
Florida Bar No. 0031806
slieb@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS, P.A.
101 E. Kennedy Blvd., Suite 2700
Tampa, Florida 33602
Telephone: (813) 223-7474
*Attorneys for Westwater Construction, Inc., Mark S. Miller, Shirin Mohammadbhoy Vesely, and Stephanie C. Lieb*

## CERTIFICATE OF SERVICE

I certify that on October 8, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document to the following non-CM/ECF participant via first class U.S. mail, postage prepaid: Michael Kim, 350 W. Venice Avenue, #101, Venice, FL 34285; and Michael Kim, 5351 Saddle Oak Trail, Sarasota, FL 34241.

/s/ Stephanie C. Lieb
Attorney