UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL KIM, as the co-debtor by the
void judgment of the State Court and as an
individual entitled to all proceeds of any sale
of the subject property forced or otherwise,

    Plaintiff,

v.                                                 CASE NO. 8:20-cv-2225-T-02TGW

CATHERINE PEEK MCEWEN,
WESTWATER CONSTRUCTION, INC.,
MARK S. MILLER, HUNTER W. CARROLL,
SHIRIN MOHAMMADBHOY VESLEY,
STEPHEN L. MEININGER, ERIC JACOBS,
and STEPHANIE C. LIEB, Inclusive,

    Defendants.
_____/

## ORDER

THIS CAUSE came on for consideration upon Westwater Construction, Inc., Mark S. Miller, Shirin Mohammadbhoy Vesley, and Stephanie C. Lieb's First Motion for Extension of Time (Doc. 32). All requests for extension of time will be granted.

It is, therefore, upon consideration,

ORDERED:

That Westwater Construction, Inc., Mark S. Miller, Shirin

Mohammadbhoy Vesley, and Stephanie C. Lieb's First Motion for Extension of Time (Doc. 32) be, and the same is hereby, **GRANTED to the extent** that Westwater Construction, Inc., Mark S. Miller, Shirin Mohammadbhoy Vesley, and Stephanie C. Lieb will have the following extensions:

1. The deadline for responding to the Complaint is extended to November 16, 2020;

2. The deadline for responding to the Withdrawal Motion is extended to November 9, 2020;

3. The deadline for responding to the Proposed Order to Show Cause is extended to November 16, 2020;

4. The deadline for responding to the Motion for Summary Judgment is extended to November 25, 2020; and

5. The deadline for responding to Trail Management, LLC's Motion Requesting this Court to Disallow Westwater's Claim is extended to November 15, 2020.

DONE and ORDERED at Tampa, Florida, this 20th day of October 2020.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE